IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUSSELL LANG,

  Petitioner,    No. CIV S-07-0632 MCE DAD P

 vs.

K. MENDOZA-POWERS,

  Respondents.   ORDER

_____/

  Petitioner, a prisoner at Avenal State Prison, is proceeding pro se and has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.[1] Petitioner was convicted and sentenced in the Sacramento County Superior Court in 1974. However, in this action petitioner challenges the denial of parole by the Board of Prison Terms in 2005 while he was incarcerated at Avenal State Prison.

  Through this habeas action petitioner seeks to challenge the execution of his sentence as opposed to his underlying criminal conviction. While venue is proper in a habeas action in either the district of confinement or the district of conviction under 28 U.S.C. § 2241(d), the district of confinement is the preferable forum where the action challenges the

---

[1] Petitioner also includes a request for the appointment of counsel in his memorandum of points and authorities. The court makes no ruling on that request.

execution of a sentence. <u>Dunne v. Henman</u>, 875 F.2d 244, 249 (9th Cir. 1989). Avenal State Prison is located in Kings County which is in the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 3-120(d).

Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. This court will not rule on petitioner's request to proceed in forma pauperis.

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

1. This court has not ruled on petitioner's request to proceed in forma pauperis and request for the appointment of counsel;

2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: April 19, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
lang0632.109