1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RUSSELL LANG,

11           Petitioner,                    No. CIV S-07-0632 MCE DAD P

12       vs.

13   K. MENDOZA-POWERS,

14           Respondents.                   ORDER

15   _____/

16           Petitioner, a prisoner at Avenal State Prison, is proceeding pro se and has filed an

17   application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to

18   proceed in forma pauperis.[1]  Petitioner was convicted and sentenced in the Sacramento County

19   Superior Court in 1974.  However, in this action petitioner challenges the denial of parole by the

20   Board of Prison Terms in 2005 while he was incarcerated at Avenal State Prison.

21           Through this habeas action petitioner seeks to challenge the execution of his

22   sentence as opposed to his underlying criminal conviction. While venue is proper in a habeas

23   action in either the district of confinement or the district of conviction under 28 U.S.C. §

24   2241(d), the district of confinement is the preferable forum where the action challenges the

25   _____

26       [1]  Petitioner also  includes a request for the appointment of counsel in his memorandum of
     points and authorities.  The court makes no ruling on that request.

                                              1

1   execution of a sentence.  Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989).   Avenal State

2   Prison is located in Kings County which is in the Fresno Division of the United States District

3   Court for the Eastern District of California.  See Local Rule 3-120(d).

4          Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in

5   the proper division of a court may, on the court's own motion, be transferred to the proper

6   division of the court.  Therefore, this action will be transferred to the Fresno Division of the

7   court.  This court will not rule on petitioner's request to proceed in forma pauperis.

8          Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

9          1.  This court has not ruled on petitioner's request to proceed in forma pauperis

10   and request for the appointment of counsel;

11          2.  This action is transferred to the United States District Court for the Eastern

12   District of California sitting in Fresno; and

13          3.  All future filings shall reference the new Fresno case number assigned and

14   shall be filed at:

15                 United States District Court
                   Eastern District of California
16                 2500 Tulare Street
                   Fresno, CA 93721
17

18   DATED: April 19, 2007.

19

20   _____
     DALE A. DROZD
21   UNITED STATES MAGISTRATE JUDGE

22

23   DAD:4
     lang0632.109
24

25

26

                                    2